J. TONY SERRA #32639
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
COLIN BALDRIDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 3:14-CR-00315 CRB (NJV) |
| v. | STIPULATED MODIFICATION OF PRE-TRIAL RELEASE CONDITIONS |
| COLIN BALDRIDGE, | |
| Defendant | |

WHEREAS, Defendant COLIN BALDRIDGE has heretofore fulfilled all conditions of his pretrial release order; and

WHEREAS, Defendant has been dutifully employed during the course of his release; and

WHEREAS, on occasion his job takes him into the vicinity of Redding, California, which is outside of the Northern Judicial District; and

WHEREAS, both the prosecution and Pre-Trial Services representative have agreed that this stipulated order is in the interest of justice; and

WHEREAS, the exact language suggested for the order has been produced by Kenneth Gibson, Pre-Trial Services Officer;

///

1   The parties therefore stipulate that the below may be made
2 a part of the Pre-Trial Release Order, commencing forthwith:
3   THE DEFENDANT SHALL NOT TRAVEL OUTSIDE THE NORTHERN
4 DISTRICT OF CALIFORNIA EXCEPT FOR EMPLOYMENT PURPOSES AS
5 APPROVED BY PRETRIAL SERVICES.
6   IT IS SO STIPULATED.
7 Dated: March 25, 2016

    /s/J. TONY SERRA
J. TONY SERRA
Attorney for Defendant
COLIN BALDRIDGE

    /s/ MATTHEW McCARTHY
MATTHEW McCARTHY
Assistant United States Attorney

12   IT IS SO ORDERED.
13 Dated: March 28, 2016

Mag. Judge Nandor J. Vadas
United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591

2