1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney

2
    DAVID R. CALLAWAY (CABN 121782)
3   Chief, Criminal Division

4   MATTHEW L. McCARTHY (CABN 217871)
    Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
7         FAX: (415) 436-6753
          Matthew.McCarthy@usdoj.gov
8
    Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,          )   NO. CR 14-0315 CRB
14                                      )
               Plaintiff,               )   STIPULATION AND [PROPOSED] ORDER
15                                      )   REGARDING DEFENSE TESTING OF
          v.                            )   CONTROLLED SUBSTANCE AND CHAIN OF
16                                      )   CUSTODY
    COLIN BALDRIDGE                     )
17                                      )
               Defendants.              )
18                                      )
                                        )
19  _____ )

20

21

22

23

24

25

26

27

28

1    Based upon the stipulation of the parties, and pursuant to Federal Rule of Criminal Procedure

2    16(a)(1)(E), the Court ORDERS as follows:

3    The Government shall allow the defense: (1) to independently inspect drug Exhibit 401 as reported in

4    Drug Enforcement Administration (DEA) Laboratory Reports, Laboratory Number 7177098, dated May

5    14, 2013 and May 15, 2013; (2) to collect and analyze a representative sample from the above-listed

6    exhibit to determine its weight, nature, and strength or purity; and (3) to inspect and analyze the

7    composite representative samples (if any) previously collected and analyzed by the DEA to determine

8    their weight, nature, and strength or purity, to the extent that said samples have not been consumed

9    during testing; and

10    IT IS FURTHER ORDERED that a DEA Special Agent or Task Force Officer shall deliver the

11    drug exhibit and DEA composite representative samples (if any) identified above to Jirair Gevorkyan or

12    Bill Posey, of Central Valley Toxicology, DEA License No. RC0112095, located at 1580 Tollhouse Rd,

13    Clovis, Ca 93611, California. The DEA Western Laboratory shall arrange the delivery of said exhibit

14    and composite representative samples (if any) no later than thirty days after this Order is signed to the

15    DEA Special Agent or Task Force Officer for delivery to Jirair Gevorkyan or Bill Posey of Central

16    Valley Toxicology; and

17    IT IS FURTHER ORDERED that upon delivery of the exhibit identified above to the defense

18    expert, that a DEA Special Agent or Task Force Officer shall be present when the defense expert

19    inspects, weighs, and removes a representative sample from the exhibit for analysis. The representative

20    sample shall be in the amount of 250 mg of the above-described exhibit.  The weight of the

21    representative sample taken shall be documented and signed by the defense expert and provided to the

22    DEA Special Agent or Task Force Officer in attendance. Upon the completion of the sample removal

23    and weighing, the defense expert shall forthwith return the remaining exhibit to the DEA Agent or Task

24    Force Officer in attendance; and

25    IT IS FURTHER ORDERED that the defense expert shall conduct the qualitative and

26    quantitative analysis and identification ordered herein, and shall provide the Government with an

27    Unsworn Declaration Under Penalty of Perjury, under 28 U.S.C. § 1746, executed by the individual who

28

STIPULATION AND [PROPOSED] ORDER RE DRUG TESTING
CR 14-0315 CRB

1  conducted the analysis, or the head of the facility where the analysis occurred, which states the quantity

2  of the exhibit consumed during testing, and either the weight of the exhibit returned to the Government,

3  or a statement that all of the sample was consumed during testing; and

4         IT IS FURTHER ORDERED that all remaining material of the sample, after testing, is to be

5  returned by Jirair Gevorkyan or Bill Posey of Central Valley Toxicology to the Drug Enforcement

6  Administration, Western Regional Laboratory, via registered U.S. mail, return receipt requested, or

7  approved commercial carrier, within five (5) business days after the completion of analysis; and

8         IT IS FURTHER ORDERED, in accordance with Federal Rule of Criminal Procedure

9  16(b)(1)(B), that the defendants shall promptly provide the Government with a copy of the results or

10  report of the physical examinations and scientific tests or experiments which resulted from the analysis

11  conducted under this Order in the event that the defendant intends to use the results or report in the

12  defendant's case-in-chief at trial or in sentencing; and

13        IT IS FURTHER ORDERED that Jirair Gevorkyan or Bill Posey of Central Valley Toxicology

14  is to safeguard the representative sample received, preserving the chain of custody in a manner to

15  faithfully protect the integrity of each exhibit received.  Pursuant to the parties' stipulation, additional

16  chain of custody required for producing the suspected controlled substances for defense testing will be

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

STIPULATION AND [PROPOSED] ORDER RE DRUG TESTING
CR 14-0315 CRB

1  established at trial by stipulation without the need for the government to call additional witnesses

2  pertaining to chain of custody.

3  **SO STIPULATED.**

4

5  Dated:  April 4, 2016                                    BRIAN J. STRETCH
                                                           United States Attorney
6

7                                                          _____/s/_____
                                                           MATTHEW L. McCARTHY
8                                                          Assistant United States Attorney

9

10  Dated:  April 4, 2016

11

12                                                         _____/s/_____
                                                           J. TONY SERRA
13                                                         Counsel for Defendant Colin Baldridge

14

15  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16  Dated:  April 5, 2016

17

18                                                         CHARLES R. BREYER
                                                           United States District Judge
19

20

21

22

23

24

25

26

27

28
    STIPULATION AND [PROPOSED] ORDER RE DRUG TESTING
    CR 14-0315 CRB