BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7239
    Matthew.McCarthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 14-CR-00315 |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| COLIN BALDRIDGE, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment and moves that the Court exonerate the bond in this case.

DATED: 9/21/16

                                            Respectfully submitted,

                                            BRIAN J. STRETCH
                                            United States Attorney

                                            BARBARA J. VALLIERE
                                            Chief, Criminal Division

NOTICE OF DISMISSAL (14-CR-00315)

1 |     Leave is granted to the government to dismiss the indictment. It is further ordered that the bond
2 | in this matter is exonerated.

5 | Date: <u>Sept. 26, 2016</u>

                                            CHARLES R. BREYER
                                            United States District Judge

NOTICE OF DISMISSAL (14-CR-00315)